County of Nassau, Appellant, v. Mary S. Foster et al., Defendants; Frances Kaliski et al., Respondents, and Woodbury Land Corporation, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1094.]

George Daly, Respondent, v. Farragut Gardens No. 5, Inc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

Theodore Heos, Appellant, et al., Plaintiffs, v. Irving Ladner, Doing Business as Highway Auto Renting Company et al., Respondents, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Wenzel, MacCrate and Schmidt, JJ.; Johnston, Acting P. J., not voting. [See 279 App. Div. 1095.]

In the Matter of Walter J. Klein, an Attorney, Respondent. Richmond County Bar Association, Petitioner.— Motion to confirm report of Official Referee granted and charges dismissed. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

Josephine Polizotti, Respondent, v. Carmello Polizotti, Appellant.— On the court's own motion, the decision of June 23, 1952 (ante, p. 819), is amended to read as follows: Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: Did the Supreme Court, as a matter of law and not in the exercise of discretion, have the jurisdiction or power to make the order dated January 15, 1952? Did this court, as a matter of law and not in the exercise of discretion, have the jurisdiction or power to make its order dated May 26, 1952 (see 279 App. Div. 229), modifying the above order of the Supreme Court? Motion for a stay pending the appeal to the Court of Appeals granted on condition that, within ten days after entry of the order hereon, appellant file an undertaking for $1,000, with corporate surety, that in the event the order of this court be affirmed or the appeal therefrom be dismissed appellant will pay all the costs of appeal and the $5 weekly installments of accrued temporary alimony from November 1, 1951 (as provided for in the order of the Official Referee), to the date of the determination by the Court of Appeals. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See post, p. 829.]

Josephine Polizotti, Respondent, v. Carmello Polizotti, Appellant.— Motion for leave to appeal to the Court of Appeals dismissed as academic, in view of the decision of June 23, 1952 (ante, p. 819), on the prior motion in this court. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 829.]